# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00792-CR

**Mark Lyn Broadaway, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY, NO. 14-07826-1, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Retained counsel for appellant Mark Lyn Broadaway has filed a motion to withdraw as counsel. In the motion, counsel represents that "[t]his withdrawal is not sought for delay, but that [Broadaway] might be represented by counsel of his choice." Counsel further represents that a copy of the motion has been delivered to Broadaway, that Broadaway was notified in writing of his right to object to the motion, and that Broadaway consented to the withdrawal, as indicated by Broadaway's signature on the motion. We grant counsel's motion to withdraw.[1]

Counsel has also filed a motion for extension of time to file appellant's brief, requesting an extension until September 3, 2017, so that Broadaway may have "additional time to prepare his pro se brief or retain counsel." We have already granted appellant two previous

---

[1] *See* Tex. R. App. P. 6.5.

extensions of time to file his brief, for a total of 117 days. Accordingly, we grant the motion for extension of time but order appellant to file his brief no later than the following Tuesday, September 5, 2017. No further extensions will be granted, and if appellant fails to file his brief by the deadline, a hearing before the trial court will be ordered.[2]

It is ordered on August 4, 2017.

Before Chief Justice Rose, Justices Pemberton and Goodwin

Do Not Publish

---

[2] *See* Tex. R. App. P. 38.8(b).